**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Windy Price, Appellant,

v.

Horry County Election Commission, South Carolina Election Commission, Jake Evans, Josephine Isom, and Charlene Taylor, Defendants,

of whom Horry County Election Commission and South Carolina Election Commission are Respondents.

Appellate Case No. 2012-213489

---

Appeal From Horry County
J. Derham Cole, Circuit Court Judge

---

Memorandum Opinion No. 2013-MO-018
Submitted June 4, 2013 – Filed June 12, 2013

---

**AFFIRMED**

---

Christine Companion Varnado and Jason Scott Luck, both of Seibels Law Firm, of Charleston, for Appellant.

Robert E. Tyson, Jr., and Bess Jones DuRant, both of Sowell Gray Stepp and Laffitte, LLC., of Columbia, Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Attorney

General Julius Carnes Nicholson, III, of Columbia, for Respondents.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities: Appellant's Arguments IA and III: *Cole v. Town of Atl. Beach Election Comm'n,* 393 S.C. 264, 712 S.E.2d 440 (2011); *Gecy v. Bagwell*, 372 S.C. 237, 642 S.E.2d 569 (2007); *Taylor v. Town of Atl. Beach Election Comm'n*, 363 S.C. 8, 609 S.E.2d 500 (2005); *Butler v. Town of Edgefield,* 328 S.C. 238, 493 S.E.2d 838 (1997); S.C. Code Ann. § 5-15-130 (2004); S.C. Code Ann. § 7-13-35 (Supp. 2012); S.C. Code Ann. § 7-7-1000 (Supp. 2012); S.C. Code Ann. § 7-7-910(B)(2) (Supp. 2012); Appellant's Argument IB: *Butler v. Town of Edgefield*, *supra*; Appellant's Argument II: *Taylor v. Town of Atl. Beach Election Comm'n*, *supra*; S.C. Code Ann. § 30-4-100 (2007); Appellant's Argument IV: *USAA Prop. & Cas. Ins. Co. v. Clegg*, 377 S.C. 643, 661 S.E.2d 791 (2008) (issues which were neither raised to nor ruled upon by the circuit court are not preserved for appellate review); *Staubes v. City of Folly Beach*, 339 S.C. 406, 529 S.E.2d 543 (2000) (an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial court to be preserved for appellate review).

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**